IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JERI LOU MCKINNEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:21-cv-00171-L |
| | § | |
| EXTERRO, INC. and LEEDS EQUITY | § | |
| PARTNERS, L.L.C. | § | |
| | § | |
| Defendants. | § | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiff Jeri Lou McKinney hereby dismisses this action with prejudice, with each party to bear his or its own costs of court and attorneys' fees. Defendants Exterro, Inc, and Leeds Equity Partners, L.L.C. stipulates to this dismissal with prejudice by the signature of its attorney of record below.

Dated:  April 26, 2021 .

Respectfully Submitted,

| | |
|---|---|
| /s/ Robert Carey (with permission) | |

**ROGGE DUNN**
Texas State Bar No. 06249500
E-mail: dunn@trialtested.com

**BRYAN C. COLLINS**
Texas State Bar No.  04604850
E-mail: collins@roggedunngroup.com

**ROGGE DUNN GROUP, PC**
500 N. Akard, Suite 1900
Dallas, Texas 75201
Telephone: (214) 888-5000
Facsimile: (214) 220-3833

**ATTORNEYS FOR PLAINTIFF JERI LOU MCKINNEY**

**ROBERT CAREY**
Oregon  State Bar No. 871860
E-mail: bob.carey@tonkon.com

**TONKON TORP, LLP**
888 SW Fifth Ave.
Suite 1600
Portland, Oregon 97204
Direct: (503) 802-2032
Main: (503) 221-1440

**ATTORNEYS FOR DEFENDANTS EXTERRO, INC, AND LEEDS EQUITY PARTNERS, L.L.C.**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served upon all counsel of record in accordance with the Rules, this 26th day of April, 2021.

Robert L. Carey
**TONKON TORP, LLP**
888 SW Fifth Avenue
Suite 1600
Portland, Oregon 97204
Direct: (503) 802-2032
Main: (503) 221-1440

☒ **VIA ECF**
☐ **VIA HAND DELIVERY**
☐ **VIA FIRST CLASS MAIL**
☐ **VIA FAX:**
☐ **VIA EMAIL:** bob.carey@tonkon.com
☐ **VIA CMRRR**

BRYAN C. COLLINS